**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NAVIGATORS INSURANCE COMPANY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FAIRLIFE, LLC; MIKE MCCLOSKEY; SUE** ) <br> **MCCLOSKEY; ARYOUT MICHAEL** ) <br> **THOMAS BHOTIWIHOK; JEREMIAH** ) <br> **CORNELIUS; and RANDY PAUGH,** ) <br> ) <br> **Defendants.** ) | Case No.: 25-cv-12126 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Navigators Insurance Company, by and through its attorneys, hereby dismisses the above-captioned action against all defendants without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:   October 10, 2025          NAVIGATORS INSURANCE COMPANY

By:   *Milad Emam*
Milad Emam
Ranjini S. Rajan
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Ph.:   312-762-3100
Fax:   312-762-3200
Email: memam@batescarey.com
Email: rrajan@batescarey.com